UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 2:13-CR-127-JTM-PRC |
| ) | |
| JOSE ARRIAGA, ) | |
| Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT JOSE ARRIAGA

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant Jose Arriaga's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 19, 2014, with the consent of Defendant Jose Arriaga, counsel for Defendant Jose Arriaga, and counsel for the United States of America.

The hearing on Defendant Jose Arriaga's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jose Arriaga under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Jose Arriaga,

I FIND as follows:

(1) that Defendant Jose Arriaga understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Jose Arriaga understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his

right against compelled self-incrimination;

(3) that Defendant Jose Arriaga understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jose Arriaga understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jose Arriaga has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jose Arriaga is competent to plead guilty;

(6) that Defendant Jose Arriaga understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jose Arriaga's plea; and further,

I RECOMMEND that the Court accept Jose Arriaga's plea of guilty to the offense charged in Count 1 of the Information and that Defendant Jose Arriaga be adjudged guilty of the offense charged in Count 1 of the Information and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Jose Arriaga be adjudged guilty, a sentencing date before Senior Judge James T. Moody will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 19th day of February, 2014.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
Honorable James T. Moody