UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 2:13 CR 127 |
| ) | |
| **JOSE ARRIAGA** ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILTY AND CONFIRMATION OF SENTENCING HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 16), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 1 of the Indictment is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. Defendant and his counsel shall appear before the undersigned for sentencing on Thursday, July 24, 2014, at 10:00 a.m.

Deadlines related to the parties' sentencing memoranda have already been set. Within ten days after the probation office receives the parties' sentencing memoranda, the probation office will file with the court and provide to counsel for the government and the defendant a summary report which contains the advisory guidelines sentencing range calculation, the relevant statutory sentencing provisions, the conclusions as to the applicable § 3553(a) sentencing factors, and all other mitigating or aggravating circumstances the court is to consider in determining a just sentence for the defendant.

                                                  **SO ORDERED.**

Date: May 14, 2014

                                                s/James T. Moody
                                                JUDGE JAMES T. MOODY
                                                UNITED STATES DISTRICT COURT